# Dr. Richard W. Henderson

Southeastern Research Laboratories, Inc.
PO Box 12368 • Florence, SC 29504-2368
843-601-1614 • Fax: 843-667-6939
rwh19@bellsouth.net

**EDUCATION**

>Louisiana State University
>Baton Rouge, Louisiana
>B.S. and Ph.D., Chemistry
>
>University of Memphis
>Memphis, Tennessee
>Postdoctoral Fellowship

**HONORS**

>Copolymer Corporation Scholarship
>NASA Predoctoral Traineeship

**MEMBERSHIPS TO DATE**

>Advisory Board, South Carolina Arson Control Team
>American Academy of Forensic Sciences
>American Chemical Society
>American Society for Testing and Materials (Committee E-30)
>International Association of Arson Investigators (Forensic Science Committee)
>IAAI, South Carolina Chapter
>International Association of Electrical Inspectors
>National Fire Protection Association
>National Propane Gas Association
>Windy Hill Volunteer Fire Department (Fire Investigation Squad)

**LISTED IN**

>Arson Resource Directory (U.S. Fire Administration)
>Leading Consultants in Technology
>Who's Who in Frontier Science and Technology
>World's List of Forensic Science Laboratories

**EMPLOYMENT**

>President
>Southeastern Research Laboratories, Inc.
>Florence, South Carolina

**CERTIFICATIONS**

>Certified Fire Investigator

{Firm/101/154/00429341.DOC}

EXHIBIT B

Certified Professional Chemist

# PROFESSIONAL EXPERIENCE

## ACADEMIC EXPERIENCE

Classroom Lecture, Laboratory Instruction, and Research at Louisiana State University, University of Memphis and Francis Marion University

## RESEARCH STUDIES

Fire Burn Pattern Characteristics (Structures, Vehicles, and Materials)
Use of GC/Mass Spectrometry for Fire Debris Analysis
Kerosene Heater Fires

## PATENTS

Eleven Patents on Fire and Life Safety Devices

## PUBLICATIONS/PRESENTATIONS

Some 400 Lectures, Publications, and Programs, including Burn Exercises, at Seminars Offered by Various Groups, including:

- American Academy of Forensic Sciences
- American Boat and Yacht Council
- American Chemical Society
- Bureau of Alcohol, Tobacco and Firearms
- Electric and Gas Utilities Association
- FBI Academy
- Fire Marshals Association of North America
- Georgia Southeastern Arson Seminar
- IAAI Annual Chapter Meetings
- International Society of Fire Service Instructors
- National Fire Protection Association
- Propane Gas Defense Association
- South Carolina Criminal Justice Academy
- South Carolina Electric and Gas Company
- South Carolina Fire Academy
- South Carolina Law Enforcement Division
- Southeastern Electric Exchange
- Southern Association of Forensic Scientists

## CONSULTING

Court Qualified in Federal and State Courts in Fire, Arson, and Explosion Investigations and Chemical Analyses, in Civil and Criminal Cases, involving Structure, Aircraft, Vehicle, Marine, and Kerosene Heater Fires

**REVIEWER**

**Fire Safety Journal**

# Fire Programs and Publications

1. "Scientific Evidence in Criminal Cases," *The Transcript* (South Carolina Bar Association), Oct 1975.
2. "Analysis for Accelerants in Arson Cases," Abstracts of Papers, SC Academy of Science Meeting, Greenville, SC, Mar 1976.
3. "Forensic Sciences," Abstracts of Papers, Southeastern Association of Analytical Chemists Meeting, Charlotte, NC, Apr 1976.
4. "Characterization of Accelerant Residues In Arson Cases," American Chemical Society Meeting, Gatlinburg, TN, Oct 1976.
5. "Science and The Law," Municipal In-Service Police Institute, Florence, SC, Sep-Nov 1976.
6. "Chemical Analyses in Fire Losses," University of South Carolina Analytical Chemistry Seminar, Columbia, SC, Jan 1977.
7. "A Field Test for Accelerant Residues," *Arson Analysis Newsletter,* Mar 1977.
8. "Trace Evidence," Southern Association of Forensic Scientists Meeting, Jackson, MS, Apr 1977.
9. "Fire Investigation," Mississippi State University, Starkville, MS, July 1977.
10. "Sherlock Holmes Makes Mistakes," Southeastern Louisiana University, Hammond, LA, July 1977.
11. "Science and the Law," Tarleton State University, Stephenville, TX, July 1977.
12. "Sherlock Holmes Makes Mistakes," Texas Western University, Denton, TX, July 1977.
13. "Fire Investigation," East Texas State University, Greenville, TX, July 1977.
14. "Use and Misuse of Scientific Evidence," Texas Eastern University, Tyler, TX, July 1977.
15. "Sherlock Holmes Makes Mistakes," College of Charleston, Charleston, SC, Sep 1977.
16. "Crime Scene Investigation," Francis Marion College Continuing Education Seminar, Florence, SC, Nov 1977.
17. "Sherlock Holmes Makes Mistakes," South Carolina Junior Academy of Science Meeting, Florence, SC, Jan 1978.
18. "Analysis by Gas Chromatography for Accelerant Residues," American Academy of Forensic Sciences, St. Louis, MO, Feb 1978.
19. "Fire and Arson Investigation," West Florence Fire Department, Florence, SC, Apr 1978.
20. "Fire and Arson Investigation," State Farm Claims Meeting, Myrtle Beach, SC, May 1978.
21. "Sherlock Holmes Makes Mistakes - Fire Investigation," Florence-Darlington Technical College Florence, SC, May 1978.
22. "Fire and Arson Investigation," Missouri Research Laboratory Seminar, Albuquerque, NM, June 1978.
23. "Fire Scene Investigation," James Island Fire Department, Charleston, SC, Sept 1978.
24. "Sherlock Holmes Makes Mistakes," Jaycees Club, Florence, SC, Sept 1978.
25-9."Use and Misuse of Scientific Evidence; Fire Investigation," American Chemical Society Tour, 5 Lectures, TX and NM, Sep 1978.
30. "Laboratory Services for Fire Investigation," SC Fire Academy/Charleston Circuit Solicitors Office, Charleston, SC, Nov 1978.
31. "A Comparison of Head-Space and Solvent Extraction Techniques in the Analysis for Accelerant Residues in Arson Cases," American Academy of Forensic Sciences National Meeting, Atlanta, GA, Feb 1979.
32. "Fire and Arson Investigation," Seminar for Insurance Adjustors, Charleston, SC, Feb 1979.
33. "Arson Investigation," Two-Day Program, Francis Marion College, Florence, SC, Apr 1979.
34. "Vehicle Fire Investigation," Automobile Claims Seminar, Myrtle Beach, SC, Apr 1979.
35. "Fire and Arson Investigation," International Association for Identification Meeting, Charlotte, NC, May 1979.
36. "Fire Scene Investigation; Vehicle Fires," Darlington Fire Department, Darlington, SC, May 1979.
37. "Fire and Arson Investigation," Pee Dee Firemen's Association Meeting, Florence, SC, June 1979.
38. "Vehicle Fire Investigation," Allstate Claims Meeting, Florence, SC, June 1979.
39. "Courtroom Chemistry; Fire Investigation," Mississippi State University, Starkville, MS, July 1979.
40-2. "Courtroom Chemistry; Fire Investigation," American Chemical Society Tour - Series of Lectures at Clemson University, Georgia Institute of Technology, Auburn University and University of Florida, Nov 1979.
43. "Problems in Fire and Arson Investigation," James Island Fire Department Program, Charleston, SC, Dec 1979.
44. "Fire and Arson Investigation, including Field Exercise," Two-Day Program, Surfside Beach, SC, Jan 1980.
45. "Courtroom Chemistry," South Carolina Junior Academy of Science Meeting, Francis Marion College, Florence, SC, Feb 1980.
46. "Mobile Home Fire Exercise," Darlington, SC, Feb 1980.
47. "Laboratory Analyses of Fire Debris," American Academy of Forensic Sciences Meeting, New Orleans, LA, Feb 1980.
48. "Vehicle Fire Field Exercise," Charleston, SC, Mar 1980.
49. "Role of the Laboratory in Arson Investigations," *South Carolina Arson Newsletter,* 1980.
50. "Fire and Arson Investigation," Two-Day Program with Field Exercise, Francis Marion College, Florence, SC, Apr 1980.
51. "Courtroom Chemistry," University of Illinois Lecture Program, Urbana, IL, Apr 1980.

52. "Fire Investigation - Field Program," Mullins Fire Department, Mullins, SC, May 1980.
53. "Fire Investigation - Field Exercise," Lancaster Fire Department, Lancaster, SC, May 1980.
54-8. "Courtroom Chemistry; Fire Investigation," American Chemical Society Tour, 5 Lectures in NY, OH and PA, May 1980.
59. "Fire Scene Investigation," Joint Program for Fire, Police and Sheriffs Department, Mullins, SC, May 1980.
60. "Fire Investigation," Charleston County Police, St. Andrews Fire Department and Solicitor's Office, Charleston, SC, May 1980.
61. Arson Investigation; Three-Day Seminar," SC Appalachian Council of Governments Program, Greenville, SC, June 1980.
62. "Fire/Arson Investigation; Two-Week Program," Fire Academy - Criminal Justice Academy Programs, Columbia, SC, June 1980.
63. "Fire and Arson Investigation; Vehicle Fires," Cheraw Fire Department, Cheraw, SC, Aug 1980.
64. "Fire and Arson Investigation," Two-Day Program, Lancaster, SC, Sept 1980.
65. "Vehicle Fires," State Farm, Augusta, GA, Oct 1980.
66. "Arson Investigation Seminar; Two-Day Program," Trident Technical Education College, Charleston, SC, Oct 1980.
67. "Vehicle Fire Investigation," Sumter Fire Department Field Program, Sumter, SC, Oct 1980.
68-71. "Sherlock Holmes Makes Mistakes; Fire Investigation," American Chemical Society, 4 Lectures, IN, WI andMI, Nov 1980.
72. "Heavy Equipment Fires," Florence, SC, Dec 1980.
73. "Fire Investigation," SC Appalachian Council of Governments Two-Day Program, Greenville, SC, Jan 1981.
74. "Fire Investigation," Sumter Technical Education College Seminar, Sumter, SC, Jan 1981.
75. "Fire and Arson Investigation," Manning Fire Department, Manning, SC, Feb 1981.
76-8. "Sherlock Homes Makes Mistakes; Fire Investigation," American Chemical Society Tour, North Carolina, SC and GA, Feb 1981.
79. "Fire Investigation," Francis Marion College, Florence, SC, Apr 1981.
80. "Courtroom Chemistry and Fire Investigation," Pee Dee Traffic Club, Florence, SC, May 1981.
81. "Fire and Arson Investigation," Francis Marion College Two-Day Fire Seminar, Florence, SC, May 1981.
82. "Fire and Arson Investigation," Will Darrah Fire Investigation Program, Myrtle Beach, SC, Sep 1981.
83. "Fire and Arson Investigation," Fire and Arson Program with the Beaufort Fire Department and TEC, Beaufort, SC, Sep 1981.
84-9. "Fire Investigation," American Chemical Society, Series of 6 Lectures in LA, TX, AR and MI, Oct 1981.
90. "Fire Investigation," Carolina Power and Light, Sumter, SC, Oct 1981.
91. "Fire Investigation," SC Chapter, International Association of Arson Investigators Meeting, Columbia, SC, Oct 1981.
92. "Fire and Arson Investigation," Ballentine Fire Department, Irmo, SC, Nov 1981.
93. "Fire/Arson Investigation," UAC, Florence, SC, Nov 1981.
94. "Fire and Arson Investigation," State Farm Fire and Arson Investigation Program, Jekyl Island, GA, Dec 1981.
95. "Sherlock Homes Makes Mistakes; Fire Investigation," American Chemical Society Lecture, Raleigh, NC, Dec 1981.
96. "Fire/Arson Investigation," Darlington County Fire Departments, Darlington, SC, Jan 1982.
97. "Vehicle Fires," *South Carolina Fireman,* 32 (Jan 1982).
98. Attended: "Arson," American Academy of Forensic Sciences, Orlando, FL, Feb 1982.
99. "Preparation of Arson Cases for Court," Clarendon County Fire Department - Solicitor's Office Meeting, Manning, SC, Feb 1982.
100. "Fire Investigation," Dillon Fire Department, Dillon, SC, Feb 1982.
101. "Fire/Arson Investigation," Bennettsville Fire Department, Bennettsville, SC, Feb 1982.
102. "Electrical Fires," Southeastern Electric Exchange Meeting, Savannah, GA, Feb 1982.
103. Attended: PARCO Annual Seminar, Tampa, FL, Mar 1982.
104. "Fire Service and Fire Investigations," *South Carolina Fireman,* 14 (Mar/Apr 1982).
105. "Arson Investigation - Scene to Courtroom," Lexington County Fire Department Program, Swansea, SC, Mar 1982.
106. "Fire/Arson Investigation," Dillon County Fire Departments, Dillon, SC, Apr 1982.
107. "Field Screening of Suspicious Fire Losses," *NASA Spinoff* 1982, NASA, 93 (1982).
108-11."Fire and Arson Investigation Symposium," Francis Marion College, Four-Day Seminar, Florence, SC, May 1982.
112. "Fire/Arson Investigation," Beauregard Parish Sheriffs Department - Louisiana Fire Marshal's Office, DeRidder, LA, July 1982.
113. "The Investigation of Fire Losses," Insurance Women of South Carolina, Sumter, SC, Aug 1982.
114. Attended: Southeast Electrical Fire Conference, Birmingham, AL, Sept 1982.
115. "Fire Safety," DuPont, Marion, SC, Sep 1982.
116. "Fire/Arson," Sumter TEC, Sumter, SC, Oct 1982.
117. "Fire/Arson Investigation," Windy Hill Volunteer Fire Company, Florence, SC, Nov 1982.
118-23 "Forensic Sciences; Fire Investigation," American Chemical Society Speakers Bureau Tour, 6 Lectures in TN, Nov 1982.
124. "Fire Investigation," Pee Dee Firemen's Association Meeting, Florence, SC, Jan 1983.
125. "Fire/Arson Investigation," St. Stephen Fire/Police Departments, St. Stephen, SC, Feb 1983.

126. "Fire/Arson Investigation," Pamplico Fire Department, Pamplico, SC, Feb 1983.
127. "Field Burn Exercise," Sumter Fire/Police/Sheriffs Departments, Sumter, SC, Mar 1983.
128. "Fire Investigation," RIMS, Columbia, SC, Mar 1983.
129. "Vehicle Fire Investigation," South Carolina Chapter, IAAI Annual Meeting, Columbia, SC, Apr 1983.
130. Attended: "FBI Arson School," Manning, SC, Apr 1983.
131. Attended: "Dust and Grain Explosions," Pee Dee Firemen's Association Meeting, Florence, SC, May 1983.
132. "Fire and Arson Investigation," Francis Marion College Four-Day Annual Program, Florence, SC, June 1983.
133. "Fire Investigation," State Farm, Atlanta, GA, June 1983.
134. "Vehicle Fire Investigation," *The Adjuster's Report* (The North Carolina Adjusters Association), Vol. 13, No. 2, 19 (June 1983).
135. "Vehicle Burn Field Exercise and Training Program," Florence, SC, Aug 1983.
136. Attended: "Fire Investigation and Engineering Sciences," Georgia Institute of Technology, Atlanta, GA, Sep 1983.
137. Attended: "NFPA Arson Investigation Program," Florence Fire Department, Florence, SC, Nov 1983.
138. "Behavior of Fire; Incendiary Fires" South Carolina Criminal Justice Academy, Columbia, SC, Nov 1983.
139-41."Behavior, Chemistry and Physics of Fire; Accidental Fires; Incendiary Fires," SC Criminal Justice Academy, Feb 1984.
142. "Explosions," South Carolina Academy of Sciences, Charleston, SC, Mar 1984.
143. Attended: South Carolina State Fire Marshal Inspectors Certification Program, Mar-May 1984.
144. "Fire, Arson and Explosion Investigation; Kerosene Heater Fires," Darlington Fire Departments, Darlington, SC, Apr 1984.
145. "Flammable Liquids - Flame and Burn Pattern Characteristics; Field Exercise," Florence, SC, May 1984.
146-8. "Fire/Arson/Explosion Investigation; Kerosene Heater Fires," Francis Marion College Program, Florence, SC, May-June 1984.
149. "Fire, Arson and Explosion Investigation," West Florence Rotary Club, Florence, *SC,* June 1984.
150. "Fire Arson and Explosion Investigation," RIMS Society, Greenville, SC, June 1984.
151. Attended: "Analysis by Gas Chromatography," Perkin-Elmer Corporation, USC, Columbia, SC, June 1984.
152. "Fire Scene Investigation," Oak Grove Fire Department, Oak Grove, SC, June 1984.
153. "Fire, Arson and Explosion Investigation," Pee Dee Claims Association, Florence, SC, Aug 1984.
154. "Fire Investigation," Windy Hill Volunteer Fire Company, Florence, SC, Aug 1984.
155. "Long-term Effectiveness of Boric Acid Treatment on Combustibility of Cotton Mattresses," and "Training of Personnel in Crime Laboratories," International Association of Forensic Sciences, Oxford, England, Sep 1984.
156. "Fire//Explosion Investigation; Kerosene Heater Fires," American Society of Mechanical Engineers, Columbia, SC, Nov 1984.
157. "Behavior, Chemistry and Physics of Fire; Incendiary Fires," South Carolina Criminal Justice Academy, Dec 1984.
158. "The Effective Flame Temperatures of Flammable Liquids," *The Fire and Arson Investigator,* 35 (2), 8 (1984).
159. "Fire, Arson and Explosion Investigation," Allstate, Florence, SC, Jan 1985.
160. "Field Burn Exercise; Kerosene Heaters, Vehicles and Appliances," Palmetto Rural Fire Department, Darlington, SC, Jan 1985.
161. "Fire, Arson and Explosion fuvestigation; Kerosene Heater Fires," Southeastern Fire School, Columbia, SC, Feb 1985.
162. Attended: Property Loss Research Bureau Meeting, Atlanta, GA, Mar 1985.
163. "Thermal Characteristics of Kerosene Heaters," South Carolina Academy of Science Meeting, Columbia, SC, Mar 1985.
164. "Flame Temperatures of Flammable Liquids," South Carolina Academy of Science Meeting, Columbia, SC, Mar 1985. ..
165. Attended: "Electrical Fires; Causes, Analysis and Prevention," Hughes Institute, Atlanta, GA, Apr 1985.
166. "Vehicle Fires," Upper South Carolina Arson Task Force Program, Greenville, SC, May 1985.
167-9. "Fire/Arson/Explosion Investigation," Francis Marion College, Florence, SC, June 1985.
170. "Theoretical vs. Observed Flame Temperatures From Combustion of Wood Products," *Fire and Arson Investigator,* 36 (2), 5 (1985).
171. "Advanced Course in Fire/Arson Investigation," Southeastern Fire School, Columbia, SC, Sept 1985.
172. "Theoretical Combustion Temperature of Wood Charcoal," *The National Fire and Arson Report,* 3 (5), 7 (1985).
173. "Metals in Fires: Thermodynamics of Ferrous Metals," *The National Fire and Arson Report,* 4 (2), 1 (1986).
174. "Arson Investigation," Virginia Chapter IAAI Meeting, Harrisonburg, VA, Mar 1986.
175. "How to Handle Fire and Arson Claims," Independent Insurance Agents of South Carolina Meeting, Columbia, SC, Apr 1986.
176. Attended: International Association of Arson Investigators Annual Meeting, Atlanta, GA, Apr-May 1986.
177. "Fire/Arson/Explosion Investigation," Francis Marion College, Florence, SC, May 1986.
178. "Arson Investigation," Farm Bureau Insurance Company, Charleston, SC, May 1986.
179. Attended: South Carolina Chapter, IAAI Annual Conference, Myrtle Beach, SC, Aug 1986.
180. "Advanced Arson Seminar," Southeastern Fire School, Columbia, SC, Sep 1986.
181. "How to Handle Fire and Arson Claims," Independent Insurance Agents of South Carolina Meeting, Charleston, SC, Oct 1986.
182. "Impurities in Activated Charcoal," *Arson Analysis Newsletter,* 9 (1), 13 (1986).
183. "Advanced Arson Detection," Fire Department Instructors Conference, Cincinnati, OH, Apr 1987.

{Firm/101/154/00429343.DOC}

184. "Fire and Arson Investigation," South Carolina Defense Trial Attorneys Association/South Carolina Claims Managers Association Joint Meeting, Asheville, NC, July 1987.
185. "Fire Investigation," Virginia Chapter IAAI Meeting, Bristol, VA, Aug 1987.
186. "Courtroom Procedures," South Carolina Chapter IAAI Meeting, Myrtle Beach, SC, Aug 1987.
187. "Advanced Course in Fire/Arson/Explosion Investigation," Southeastern Fire School, Columbia, SC, Sep 1987.
188. "Experts, Pseudo-Experts, Miracle Workers and Prostitutes," *The Defense Line* (South Carolina Defense Trial Attorneys' Association), 15, 3 (1987).
189. "Kerosene Heater Fires: Barometric Type," *National Fire and Arson Report*, 6 (1),1 (1988).
190. "Advanced Fire Investigation," Florence County Sheriffs Department - Francis Marion College Joint Program, Jan-Mar 1988.
191. "Bottom-Fed Kerosene Heater Fires," *National Fire and Arson Report*, 6 (2), 4 (1988).
192. "Fire and Explosion Investigation," Electric and Gas Utilities Security Association, Charleston, SC, Jan 1988.
193. Attended: ATF Arson Analysis Program, American Academy of Forensic Sciences, Philadelphia, PA,Feb 1988.
194. "Arson Investigation," Edison Electric Institute Security Committee, Oklahoma City, OK, May 1988.
195. Attended: South Carolina Chapter IAAI Annual Seminar; Myrtle Beach, SC, Aug 1988.
196. "Electrical Fires," Georgia State Fire Marshal - University of Georgia Southeastern Arson Seminar, Athens, GA, Aug 1988.
197. "Kerosene Heater and Woodstove Fires; Design Considerations," Virginia Chapter IAAI Seminar, Roanoke, VA, Sep 1988.
198. "Advanced Arson Seminar," South Carolina Fire Academy, Columbia, SC, Oct 1988.
199. "Fires in Portable and Solid-Fuel Heating Appliances," Fire Strategy Conference, Charleston, SC, Nov 1988.
200. "Kerosene Heater Fires; Design Considerations," NFPA/Fire Marshals Association of North America, Nashville, TN, Nov 1988.
201. "Use and Mis-Use of Scientific Evidence; Fire Investigation," American Chemical Society Meeting, Charlotte, NC, Dec 1988.
202. "Fire Investigation ITom the Consultant's Point of View," *Fire and Arson Investigator*, 39 (2), 23 (1988).
203. "Kerosene Heater Fires; Design Considerations," New York Chapter IAAI Meeting, Syracuse, NY, Jan 1989.
204. "Kerosene Heater Fires; Design Considerations," Fire Marshal's Conference, Hilton Head, SC, Feb 1989.
205. "Barometric Kerosene Heaters; Design Consideration," *National Fire and Arson Report*, 7 (1), 4 (1989).
206. "Fire Investigation; Chemical Analyses of Fire Debris," Property Loss Managers Conference, Washington, DC, Mar 1989.
207. "Fire/Arson Explosion Investigation," National Association of Mutual Insurance Companies, Cincinnati, OH, April 1989.
208-10."Use and Mis-Use of Scientific Evidence; Fire Investigation," American Chemical Society Lecture Tour, Texas, Apr 1989.
211 . "Barometric Kerosene Heaters," *Fire and Arson Investigator,* 39 (3), 26 (1989).
212 . "Fire Investigation; Kerosene Heater Design Considerations," Fire Inspectors Meeting, Myrtle Beach, SC, May 1989.
213 . "Kerosene Heater Fires," South Carolina Chapter IAAI Annual Seminar, Myrtle Beach, SC, Aug 1989.
214 . "Advanced Fire Investigation; Kerosene Heater Fires," Southeastern Fire School, Columbia, SC, Sep 1989.
215 . "The Initial Stages of Arson Investigation," State Farm Senior Referral Unit Combined Program, Atlanta, GA, Oct 1989.
216 . "Kerosene Heater Fires; Lecture and Field Demonstration," South Carolina Chapter IAAI Meeting, Columbia, SC, Dec 1989.
217 . "Kerosene Heater Fires," Pee Dee Firefighters Association Meeting, Darlington, SC, Feb 1990.
218 . "Arson Analysis Results; How Reliable Are They?," ATF/AAFS Annual Meeting, Cincinnati, OH, Feb 1990.
219 . "Use and Abuse of Fire Scenes," Annual Arson Program, Greenville, SC, Mar 1990.
220 . "A Review of Arson Analysis Results," FBI Laboratory Program, Washington, D.C., May 1990.
221 . "Arson Analyses by Gas Chromatography/Mass Spectrometry," FBI Laboratory Program, Washington, D.C., May 1990.
222 . "Problems Facing Insurance Carriers in Investigating Fire Losses: The Fire Investigator and Flammable Liquids," *National Fire and Arson Report*, 8 (3), 8 (1990).
223. "The Reliability of Fire Debris Analyses," Southern Association of Forensic Scientists Meeting, Jacksonville, FL, Sep 1990.
224. "Fire, Arson, and Explosion Investigation," Southeastern Fire School, Columbia, SC, Sep 1990.
225. "Recent Developments in Chemical Analyses of Fire Debris," American Family Insurance Company, Columbia, MO, Oct 1990.
226-30."Sherlock Holmes Makes Mistakes; Fire Investigation," American Chemical Society Tour, LA and TX, Oct 1990.
231. "Chemistry and Fire Scenes," McKenzie and McPhail's Experts-on-Experts Seminar, Atlanta, GA, Oct 1990.
232. "Barometric Kerosene Heater Fires, Part 2," *National Fire and Arson Report,* 9 (1), 12 (1991).
233. "Fire Investigation," Charleston Claims Association Meeting, Charleston, SC, Apr 1991.
234. "Arson Mock Trial," Property Loss Managers Conference, Chicago, IL, Apr 1991.
235. "Arson Analysis Interpretation," Southern Association of Forensic Scientists Meeting, Nashville, TN, May 1991.
236. Attended: IAAI Annual Meeting, New Orleans, LA, May 1991.
237. Attended: National Fire Protection Association Meeting, Boston, MA, May 1991.
238. "Electrical Fires," South Carolina Electric and Gas Company Program, Georgetown, SC, JUll 1991.

239. "Use of Gas Chromatography/Mass Spectrometry in Analysis of Fire Debris:' FBI National Academy, Quantico, VA, Aug 1991.
240. "Laboratory Incompetency in Arson Analyses," FBI National Academy, Quantico, VA, Aug 1991.
241. "Fire Investigation," Southeastern Fire School, Columbia, SC, Sep 1991.
242. "Fire Debris Analysis: Positive and Negative Results," Southern Association of Forensic Scientists, Tallahassee, FL, Sep 1991.
243. Attended: "Fire Investigation Course," Louisiana IAAI Conference, Baton Rouge, LA, Sep 1991.
244. "Sherlock Holmes Makes Mistakes; Fire Investigation," American Chemical Society Lecture, Syracuse, NY, Oct 1991.
245. Attended: Hewlett-Packard Gas Chromatography/Mass Spectrometry Seminar, Raleigh, NC, Nov 1991.
246. "Fire Investigation; Use and Mis-Use of Scientific Evidence," American Chemical Society Meeting, Aiken, SC, Nov 1991.
247. Attended: IAAI Electrical Fire Investigation Program, Atlanta, GA, Dec 1991.
248. "The Oakland Fire Experience," South Carolina Fire Marshal's Symposium, Hilton Head, SC, Feb 1991.
249. "Aromatic Compounds and Fire Debris Analysis," America Academy of Forensic Sciences, New Orleans, LA, Feb 1992.
250. "Popular Misconceptions in Fire Investigation," Windy Hill Fire Department, Florence, SC, Mar 1992.
251. "Collection of Samples in Vehicle Fire Losses," Fire Training Conference, Myrtle Beach, SC, Apr 1992.
252. "Fire Losses and Negative Samples," *National Fire and Arson Report,* **10** (1-2), 14 (1992).
253. "Use of Gas Chromatography/Mass Spectrometry in Fire Debris Analysis," FBI National Academy, Quantico, VA, Apr 1992.
254. "Improper Interpretation of Chromatograms," FBI National Academy, Quantico, VA, Apr 1992.
255. "Baseline Characteristics of Residential Structures Which Have Burned to Completion: The Oakland Experience," *Fire Technology,* **28,** 195 (1992).
256. "Fire Investigation- Kerosene Heaters," Police Arson Course, FBI National Academy, Quantico, VA, Aug 1992.
257. "Advanced Fire Investigation," Southeastern Fire School, Columbia, SC, Sep 1992.
258. Attended: South Carolina IAAI Annual Meeting, Columbia, SC, Sep 1992.
259-63. "Fire Investigation; Sherlock Holmes Makes Mistakes," ACS Lecture Tour; NY, VT, CT, MA, and ME, Sep 1992.
264. Attended: "Investigation of Gas and Electric Appliance Fires," Barker and Herbert Laboratories, New Haven, IN, Oct 1992.
265. "Fire and Arson Investigation," Insurance Women of the Pee Dee Meeting, Florence, SC, Oct 1992.
266. Attended: "Commercial/Industrial Fire Investigation," IAAI Seminar, Savannah, GA, Feb 1993.
267. Attended: International Association of Electrical Inspectors Annual Educational Seminar, Myrtle Beach, SC, Mar 1993.
268. Attended: "Introduction to Gas Chromatography/Mass Spectrometry," Hewlett-Packard Program, Columbia, SC, Apr 1993.
269. "Use of Carbon Strips in Fire Debris Analysis," SAFS Meeting Savannah, GA, May 1993.
270. "High Temperature Incendiaries," Wisconsin IAAI Annual Conference, Mosinee, WI, Jun 1993.
271. "Unconventional Wisdom: The Lessons of Oakland," *Fire and Arson Investigator,"* (4), 18 (1993).
272. "Gas Chromatography/Mass Spectrometry of Fire Debris," Southern Association of Forensic Scientists, Charleston, SC, Sep 1993.
273. Attended: South Carolina IAAI Annual Conference, Myrtle Beach, SC, Oct 1993.
274-8. "Sherlock Holmes Makes Mistakes;" "Fire Investigation," ACS Lecture Tour, WV, MD, PA, and NY, Oct 1993.
279. "Kerosene Heater Fires," New York State Police Arson Program, Elmira, NY, Nov 1993.
280. "Laboratory Selection," *National Fire and Arson Report,* 11 (3), 8 (1993).
281. "Fire Investigation," American Boat and Yacht Council, San Francisco, CA, Jun 1994.
282. *United States Patent No.* 5,338,185: "Safety Device For Preventing Uncontrolled Flareup In Wick-Fed Liquid Fuel Burners," Aug 1994.
283. Attended: South Carolina IAAI Annual Meeting, Myrtle Beach, Aug 1994.
284. "Investigation of Kerosene Heather Fires," South Carolina Law Enforcement Division, Columbia, SC, Oct 1994.
285-8. "Sherlock Holmes Makes Mistakes," ACS Lecture Tour, TX, LA, and AR, Oct 1994.
289. "Collection and Chemical Analysis of Samples in Fire Cases," Virginia IAAI Annual Meeting, Roanoke, VA, Oct 1994.
290. "Marine Fire Investigation," American Boat and Yacht Council Program, Chicago, IL, Nov 1994
291. "An Anti-Flareup Device for Barometric Kerosene Heaters," *Fire and Arson Ivnestigator*, **45**(2), 8(1994).
292. Attended: Virginia IAAI Annual Meeting, Roanoke, VA, Apr 1995.
293. Received: *United States Patent No. 5, 409,370*: "Liquid Fuel Burner Safety Device Employing Fuel Tank Shutoff," Apr 1995.
294. "Forensic Science," St. John's University, New York, NY, Apr 1995.
295. "Marine Fire Investigation," American Boat and Yacht Council Program, New Orleans, LA, Apr 1995.
296. "Marine Fire Investigation," American Boat and Yacht Council Program, Orlando, FL, Jul 1995.
297. "Fire Debris Analysis," FBI International Symposium on Forensic Aspects of Arson Investigation, Fairfax, VA, Aug 1995.
298. "Kerosene Heaters: Design Considerations," South Carolina IAAI Annual Meeting, Myrtle Beach, SC, Aug 1995.
299-301. "Forensic Science, or Sherlock Holmes Makes Mistakes," American Chemical Society Lecture Tour, RI, CT, and NY, Oct 1995.

302. "Marine Fire Investigation," American Boat and Yacht Council Program, Annapolis, MD, Nov 1995.
303. *United States Patent No. 5,456,595*: "Device for Preventing Flareup in Barometric-Type Wick-Fed Liquid Fuel Burners," Oct 1995.
304. "Unstable Equilibrium: Factors Leading to Flareup of Kerosene Heaters," *National Fire and Arson Report*, **13**(3), 10(1995).
305. "Fire and Arson Investigation," South Carolina Bar Association Seminar, Columbia, SC, Apr 1996.
306. "Appliance Fires," FBI National Academy, Quantico, VA, Apr 1996.
307. "Barometric Kerosene Heaters: An Overview of Failure Modes and Solutions," *Fire and Arson Investigator*, **46** (4), 13(1996).
308. Received: *United States Patent No. 5,549, 470*: "Anti-Flareup Device for Liquid Fuel Burners," Aug 1996.
309. "Use of Gas Chromatography/Mass Spectrometry in Fire Debris Analysis," FBI National Academy, Quantico, VA, Aug 1996.
310. Received: *United States Patent No. 5,551,865*: "Safety Shut-off Device for Liquid Fuel Burners," Sep 1996.
311. "Fuel Gas Fire and Explosion Incidents," Propane Gas Defense Association, Charleston, SC, Oct 1996.
312. "Forensic Science," ACS Lecture, Summerville, SC, Nov 1996.
313. "Investigation of Fire Incidents with Propane Service," Clarence M. Kelley and Associates Program, Kansas City, MO, Jan 1997
314. "Use of Gas Chromatography/Mass Spectrometry (GC/MS) in Fire Debris Analysis, "FBI National Academy, Aug 1997.
315. "Appliance Fires," FBI National Academy, Quantico, VA, Apr 1997.
316. "Use of Gas Chromatography/Mass Spectrometry in Fire Debris Analysis," FBI National Academy, Quantico, VA, Aug 1997.
317. United States Patent No. 5,662,468: "Device That Prevents Flareup in Liquid Fuel Burners by Containing Fuel Vapors and Preventing Overflow of Liquid Fuel," Sep 1997.
318. "Marine Fire Investigation," American Boat and Yacht Council Program, Atlanta, GA, Oct 1997.
319. "Fire Debris Analyses – An Overview of Ignitable Liquids: *Fire and Arson Investigator*, **48**(2), 16(1997).
320. *United States Patent No. 5,730,115*: "Device for Preventing Flareup in Liquid Fuel Burners by Regulating Fuel Flow into the Fuel Chamber," Mar 1998.
321. *United States Patent No. 5,772,425*: "Device for Preventing Flareup in Liquid Fuel Burners by Containing Sump Vapors," Jun 1998.
322. "Questions Concerning the Use of Carbon Content to Identify 'Cause' vs. 'Result' Beads in Fire Investigations," *Fire and Arson Investigator*, **48**(3), 26(1998).
323-6. "Forensic Science," ACS Lecture Tour, TX, Mar 1998.
327. "Marine Fire Investigations," ABYC, Ft. Lauderdale, FL, Apr 1998.
328. "Use of Gas Chromatography/Mass Spectrometry in Fire Debris Analysis, FBI National Academy, Quantico, VA, May 1998.
329. "Appliance Fires," FBI National Academy, Quantico, VA, Aug 1998.
330. "Marine Fire Investigations," ABYC, Long Beach, CA, Oct 1998.
331-3."Forensic Science and Fire Investigation," ACS Lecture Tour, CO, WY, UT, Nov 1998.
334. "Marine Fire Investigations," ABYC, Annapolis, MD, Mar 1999.
335. "Use of Gas Chromatography/Mass Spectrometry in the Fire Debris Analysis," FBI National Academy, Quantico, VA, Apr 1999.
336. *United States Patent No. 5,899,682*: "Device for Preventing Flareup in Liquid Fuel Burners by Regulating Fuel Flow from Removable Tank," May 1999.
337. Attended: "Appliance Fires," Summit-CORE, Columbia, SC Jul 1999.
338. Attended: "Modern Techniques of Arson Investigation," Tennessee IAAI, Gatlinburg, TN, Aug 1999.
339. "Appliance Fires," FBI National Academy, Quantico, VA, Aug 1999.
340-3. "Forensic Science," and "Fire Investigation," ACS Lecture Tour, KS, MO, Oct 1999.
344. *United States Patent No. 5,967,765*: "Device for Preventing Flareup in Liquid Burners by Providing Constant-Rate Fuel Flow from Removable Tank," Oct 1999.
345. "Fire Debris Analysis," National Center for Forensic Science, Tallahassee, FL, Jan 2000.
346. "Marine Fire Investigations," ABYC, Corpus Christi, TX, Mar 2000.
347. "Use of Gas Chromatography/Mass Spectrometry in Fire Debris Analysis," FBI National Academy, Quantico, VA, Apr 2000.
348. "Appliance Fires," FBI National Academy, Quantico, VA, Jun 2000.
349. "Use of Gas Chromatography/Mass Spectrometry in Fire Debris Analysis," FBI National Academy, Quantico, VA, Aug 2000.
350. "Appliance Fires," FBI National Academy, Quantico, VA, Sep 2000.
351. Attended: NC/SC IAAI Program, "Fire Investigative Approaches," Myrtle Beach, SC, Oct 2000
352. "Fire Investigation and Product Liability," College of Engineering, University of Wisconsin, Madison, WI, Nov 2000.
353. "Gas Chromatography/Mass Spectrometry and Fire Debris Analysis, FBI National Academy Program, Albany, NY, Feb 2001.
354-8. "Forensic Science and Fire Investigation," ACS Lecture Tour, NV, CA, HI, Apr 2001.

359. "Chemical Analysis of Fire Debris; Mock Trial," SC IAAI Program, Columbia, SC, Jun 2001.
360. *United States Patent No. 6,254,380*: "Device for Preventing Flareup in Barometric-Type Liquid Fuel Burners by Preventing Excessive Temperature Levels at Removable Fuel Tank," Jul 2001.
361-3. "Forensic Science and Fire Investigation," ACS Lecture Tour, ME, MA, CT, Sep 2001.
364. Attended: CORE/Summit Electrical Fire Seminar, Columbia, SC, 10-01
365. "Use of Gas Chromatography/Mass Spectrometry in Fire Debris Analysis," FBI National Academy, Quantico, VA, Jan 2002.
366. "Fire Investigation and Product Liability," College of Engineering, University of Wisconsin, Raleigh, NC, Jan 2002.
367. "Appliance Fires," FBI National Academy, Quantico, VA, Apr 2002.
368. "Fires and Product Liability," College of Engineering, Madison, WI, Jun 2002.
369. "Appliance Fires," FBI National Academy, Quantico, VA, Jun 2002.
370. Attended: OH Arson School, Columbus, OH, Aug 2002
371. Attended: DRI "Fire and Casualty" Program, New Orleans, LA, Sep 2002.
372. "Appliance Fires," FBI National Academy, Quantico, VA, Sep 2002.
373. "Chemical Analyses and Fire Investigations," CT IAAI, Hartford, CT, Nov 2002.
374. "Forensic Science," Mercer University, Macon, GA, Feb 2003.
375-78 "Science and the Law;" Fire Investigation," ACS Lecture Tour, TX and LA, Oct 2003.
379-82 "Science and the Law;" Fire Investigation," ACS Lecture Tour, TN, Apr 2004.
383. Attended: "Fire Dynamics," Vyto Babrauskas, CORE-Summit Program, Columbia, SC, Apr 2004.
384. Attended: NFPA 921 – Update," SCIAAI Program, Columbia, SC, May 2004.
385. "Fire Investigation and Product Liability," College of Engineering, Madison, WI, Jun 2004.
386. "Collection and Preservation of Evidence," SC Fire Academy, Columbia, SC, Aug 2004.
387-90. "Science and the Law;" Fire Investigation," ACS Lecture Tour, LA and AL, Apr 2005.
391. "Fire Investigation and Product Liability," College of Engineering, University of Wisconsin, Madison, WI, Jun 2005.
392. "Samples and Chemical Analyses, " SC IAAI, SC Fire Academy, Columbia, SC, Sep 2005.
393. Attended: "Gas Fires and Explosions," CORE-Summit Program, Columbia, SC, Jun 2006.
394. "Fire Investigation and Product Liability," College of Engineering, University of Wisconsin, Madison, WI, Jun 2006
395. Attended: "Analysis of Appliances at Fire Scenes;" "Arc Fault Analysis on Post Flashover Studies of Power Cords, SC IAAI Seminar, Columbia, SC, Mar 2007.
396. Attended: "Detecting and Overcoming Detection," South Carolina Law Enforcement Division, Columbia, SC Apr 2007.
397. "Fire Investigation and Product Liability," College of Engineering, University of Wisconsin, Madison, WI, Jun 2007.
398. Attended: "Fire Investigation," CORE-Summit Program, Columbia, SC, Jun 2007.
399. Attended: "GPS Vehicle Tracking," South Carolina Law Enforcement Division, Columbia, SC Apr 2008.
400. Completed Online Certified Trainer Program: "Documenting the Event," Apr 2009.
401. Completed Online Certified Trainer Program: "Understanding Fire through the Candle Experiment," Apr 2009.
402. Attended: "Video Surveillance Techniques," South Carolina Law Enforcement Division, Columbia, SC Apr 2009
403. Completed Online Certified Trainer Program: "Documenting the Fire Scene," May 2009.
404. Completed Online Certified Trainer Program: "Fire Investigation Scene Safety," May 2009.
405. Completed Online Certified Trainer Program: "Insurance and the Fire Investigator," May 2009.
406. Completed Online Certified Trainer Program: "Analysis of the Station Nightclub Fire," May 2009.
407. Completed Online Certified Trainer Program: "Post-flashover Fires," May 2009.
408. Completed Online Certified Trainer Program: "Introduction to Evidence," May 2009.
409. Completed Online Certified Trainer Program: "Digital Photography," Jun 2009.
410. Completed Online Certified Trainer Program: "Magnetek: A Case Study in the Daubert Challenge" Jun 2009.
411. Attended: "Heavy Equipment Fires," Southeast Institute of Manufacturing and Technology. Florence. SC, Jun 2009.
412. "Barometric Kerosene Heaters," Fire Findings, Vol. 18 (1), 7 (2010).