# Southeastern Research Laboratories, Inc.

**Dr. Richard W. Henderson**
President

PO Box 12368 • Florence, SC 29504-2368
(843) 601-1614 • Fax (843) 667-6939

Fee Schedule

$210.00 per hour



{Firm/101/154/00429344.DOC}