## TRIALS (T) AND DEPOSITIONS (D)

| DATE | ID | LOCATION | DESCRIPTION |
|---|---|---|---|
| 01-05 | D | Columbia, SC | Dyal v Davis; Allendale County, SC; 03-CP-03-82 |
| 01-05 | D | Florence, SC | Kyle v State Industries; Wyandotte County, KS; 01C4194 |
| 03-05 | D | Florence, SC | Golden v Garvis; Charleston County, SC; 03-CP-10-5179 |
| 04-05 | D | Rapid City, SD | Novotny v HRS; Pennington County, SD; C04-03 |
| 05-05 | D | Columbia, SC | Norman v Sunbeam; Greenville County; 2003-CP-23-6687 |
| 06-05 | D | Columbia, SC | Perry v Allstate; Youngstown County, OH; 03-CV-00963 |
| 08-05 | D | Mobile, AL | Johnson v SeaRay; Mobile, AL; 04-0128-SW-B |
| 08-05 | T | Kansas City, KS | Kyle v State Industries; Wyandotte County, KS; 01-C4184 |
| 10-05 | D | Columbia, SC | Todd v Snipes, Laurens County, SC; 2003-CP-30-681 |
| 02-06 | D | Philadelphia, PA | Pomer v Toyotomi; New Hampshire; C-03-420-PB |
| 02-06 | D | Conway, SC | SCFB v Graham; Horry County, 05-CP-26-997 |
| 08-06 | T | Rapid City, SD | Novotny v HRS; Pennington County, SD; C04-03 |
| 01-07 | D | Florence, SC | Washington v Chemsearch; Atlantic County, NJ; L-2569-04 |
| 02-07 | D | Beaufort, SC | Alcoa v Ibanez; Beaufort County, SC; 05-CP-05-0583 |
| 05-07 | T | Norfolk, VA | Price v State Farm; Gen Court, Va Bch, VA; GV07-007576 |
| 05-07 | D | Charlotte, NC | Capt. Bill's v White; Carteret County, NC; 01-CVS-1015 |
| 05-07 | T | Atl. City, NJ | Washington v Chemsearch; Atlantic County; ATL-L-2569-04 |
| 08-07 | T | Beaufort, NC | Capt. Bill's v White; Carteret County, NC; 01-CVS-1015 |
| 10-07 | D | Atlanta, GA | Whipple v Miller; Cobb County; 2006A-3649-5 |
| 10-07 | D | Florence, SC | Pollard v Lewis; Richland County; 2005-CP-40-1678 |
| 10-07 | T | Columbia, SC | State v Anderson; Richland County; 06-GS-40-10744 |
| 11-07 | D | Charlotte, NC | Breeland v Moreno; Durham County; 06-CVS-3380 |
| 03-08 | D | Greenville, SC | Tucker v Duffy; Greenville County; 2006-CP-23-0297 |
| 05-08 | D | Columbia, SC | Martin v Univar; Oconee County; 2005-CP-37-605 |
| 08-08 | D | Columbia, SC | Thompson v State Farm; Memphis, TN; 05-2368-D-AN |
| 10-08 | T | Youngstown, OH | State v Davis; 08 CR 128 |
| 10-08 | T | Walhalla, SC | Martin v Univar; Oconee County; 2005-CP-37-605 |
| 11-08 | D | Florence, SC | Torresin v AFI; Milwaukee, WI; 07-CV-536 |
| 03-09 | D | Florence, SC | Blackhurst v Spence's; Richland County; 2008-CP-40-2445 |
| 09-09 | D | Florence, SC | Goree v Allstate; MO; 4:08-CV-01673-SNLJ |
| 10-09 | D | E. Liverpool, OH | Stanley v Kelly Oil; Columbiana County; 07 CV 007876 |
| 02-10 | D | Florence, SC | Harvey v Progressive; Alliance County, OH; 2009-CVF00872 |
| 02-10 | D | Charleston, SC | Prezzy v Toshiba; Charleston County |
| 03-10 | T | Memphis, TN | Thompson v State Farm; Memphis, TN; 05-2368-D-AN |
| 03-10 | D | Florence, SC | King v DESA; Florence County; 06-CP-21-495 |
| 06-10 | D | Lillington, NC | Morrow v Farm Bureau; Harnett County; 09 CVS 01147 |



EXHIBIT D

{Firm/101/154/00429342.DOC}